UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 08-20646-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**WALTER F. CLARK**,

    Defendant.

_____/

# JUDGMENT OF ACQUITTAL

The Defendant, Walter F. Clark, having come before the Court for trial and the jury having rendered a verdict of not guilty as to Counts 1 and 2 of the Indictment, it is hereby

**ORDERED AND ADJUDGED** that a Judgment of Acquittal is entered herein as to **Counts 1 and 2**.  It is further

**ORDERED AND ADJUDGED** that **Count 3** of the Indictment is **DISMISSED** pursuant to the Government's *ore tenus* Motion to Dismiss.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of September, 2008.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       U.S. Marshal Service
       U.S. Probation Officer